| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|

Attorney or Party without Attorney:
: MAJID FOROUTAN
: FOROZAND TEHRANI
: 9045 FAIR OAKS, BLVD
: CARMICHAEL, CA 95608

Telephone No: 916.944.3188

Attorney for: Plaintiff IN PROSE

Ref. No. or File No.:

Insert name of Court, and Judicial District and Branch Court:

United States Bankruptcy Court , Northern District Of California

Plaintiff: Majid Foroutan, et al

Defendant: Mohammad Arabhosseini aka Mike Hosseini, et al

| PROOF OF SERVICE Complaint | Hearing Date: | Time: | Dept/Div: | Case Number: 14-42712WJL7  14·4135 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Complaint to Determine Dischargeability of Debt Under 11 U.S.C. 523

3. a. Party served:        Lubna Rashid Arabhoseini fdba Sarwat Enterprises, fka Lubna Rashid Sarwat

4. Address where the party was served:        453 South Clovercrest Lane
San Ramon, CA  94582

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Oct. 23, 2014 (2) at: 7:33PM

7. **Person Who Served Papers:**      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jason M. Burke, CCPS.
   b. **Stern & Stern Registered Process Server**
   P.O. Box #1475
   Fair Oaks, CA  95628-
   c. 916-967-4196

   d. **The Fee** for Service was: $50⁰⁰
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:     555
      (iii) County:         Alameda
      (iv) Expiration Date:    Fri, Aug. 21, 2015

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Oct. 24, 2014

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Complaint

(Jason M. Burke, CCPS.)

s&s.36685

Case: 14-04135    Doc# 8    Filed: 11/05/14    Entered: 11/05/14 16:36:40    Page 1 of 2

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| : MAJID FOROUTAN<br>: FOROZAND·D·TEHRANI<br>: 9045 FAIR OAKS BLVD.<br>: CARMICHAEL, CA 95608<br>:<br>Telephone No: 916.444.3188 | | |

Ref. No. or File No.:

| | |
|---|---|
| Attorney for: Plaintiff IN PRO SE | |

Insert name of Court, and Judicial District and Branch Court:

United States Bankruptcy Court , Northern District Of California

Plaintiff: Majid Foroutan, et al

Defendant: Mohammad Arabhosseini aka Mike Hosseini, et al

| PROOF OF SERVICE<br>Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>14-42712WJL7  14-4135 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Complaint; To Determine Dischargeability Of Debt Under 11 U.S.C. 523

3. *a. Party served:*  Mohammad Arabhosseini aka Mike Hosseini fdba Sarwat Enterprises

4. *Address where the party was served:*  453 South Clovercrest Lane
San Ramon, CA 94582

5. *I served the party:*
   b. **by substituted service.** On: Thu., Oct. 23, 2014 at: 7:33PM by leaving the copies with or in the presence of:
      Lubna Arabhoseini, Wife, White, Female, 45 Years Old, Black Hair, 5 Feet 7
      Inches, 155 Pounds
   (2) **(Home)**Competent Member of the Household over 18. I informed him or her of the general nature of the papers. The
      Defendant's Business address is unknown
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the
      copies were left (Code Civ. Proc., 415.20). I mailed the document on: Fri., Oct. 24, 2014 from: Fremont, CA

7. *Person Who Served Papers:*
   a. Jason M. Burke, CCPS.
   b. **Stern & Stern Registered Process Server**
      P.O. Box #1475
      Fair Oaks, CA 95628-
   c. 916-967-4196

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was: $50 00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 555
      (iii) County: Alameda
      (iv) Expiration Date: Fri, Aug. 21, 2015

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of*
   *America that the foregoing is true and correct.*
   Date: Fri, Oct. 24, 2014

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>Complaint | (Jason M. Burke, CCPS.) | s&s.36684 |
|---|---|---|---|

Case: 14-04135   Doc# 8   Filed: 11/05/14   Entered: 11/05/14 16:36:40   Page 2 of 2